# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-352 PA (SHKx) | Date | March 12, 2018 |
|---|---|---|---|
| Title | Andrew Glaze, et al. v. City of La Verne | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** Order to Show Cause

On February 22, 2018, the Court ordered Plaintiffs to file a Notice of Related Cases on or before March 8, 2018. (Docket No. 8.) To date, despite the expiration of the deadline to do so, Plaintiffs have not filed a Notice of Related Cases.

Accordingly, the Court, on its own motion, orders Plaintiffs to show cause in writing on or before March 16, 2018 why this action should not be dismissed due to Plaintiffs' failure to comply with the Court's orders. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. This Order to Show Cause will stand submitted upon the filing of Plaintiffs' response. Plaintiffs may satisfy their obligations under this Order to Show Cause by filing a Notice of Related Cases as directed by the Court's February 22 Order. Plaintiffs' failure to respond to this Order to Show Cause may result in the imposition of sanctions, including dismissal of the complaint without further warning.

IT IS SO ORDERED.